OHIO BUREAU OF MOTOR VEHICLES, APPELLANT, v. EHEMAN, APPELLEE.

OHIO BUREAU OF MOTOR VEHICLES, APPELLANT, v. LOPEZ, APPELLEE.

OHIO BUREAU OF MOTOR VEHICLES, APPELLANT, v. McKENZIE, APPELLEE.

OHIO BUREAU OF MOTOR VEHICLES, APPELLANT, v. WORSTER, APPELLEE.

[Cite as *Ohio Bur. of Motor Vehicles v. Eheman*
(1997), 79 Ohio St.3d 357.]

(Nos. 96–858, 96–859, 96–860 and 96–861—Submitted
June 25, 1997—Decided July 30, 1997.)

*Betty D. Montgomery,* Attorney General, and *William C. Becker,* Assistant Attorney General, for appellant.

*Lindhorst & Dreidame* and *Leo J. Breslin,* for appellees Gary W. McKenzie and William A. Worster in case Nos. 96–860 and 96–861.

The judgments of the courts of appeals are reversed, and the causes are remanded for further proceedings consistent with *Hughes v. Ohio Bur. of Motor Vehicles* (1997), 79 Ohio St.3d 305, 681 N.E.2d 430.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.